# United States District Court Violation Notice

CVB Location Code: SA-40

Violation Number: 6226740
Officer Name (Print): Parnell
Officer No.: 1066

6226740

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12-19-2018 1230
Offense Charged: 41CFR102.74.380 ☒ CFR ☐ USC ☐ State Code

Place of Offense: 550 Government ST Mobile, AL 36602

Offense Description: Factual Basis for Charge: URINATING IN PUBLIC

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (251) 401-2550
Last Name: Johnson
First Name: Ronald
M.I.: L
Street Address: 5874 Hunters Wood DR S
City: Wilmer
State: AL
Zip Code: 36587
Date of Birth: 6/03/1959
Drivers License No.: 13666511
D.L. State: TN
☒ Adult ☐ Juvenile
Sex: ☒ Male ☐ Female
Hair: BRO
Eyes: BRO
Height: 5'06
Weight: 140

### VEHICLE

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: US District Court 155 Saint Joseph Street
Date: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/19, 2018 while exercising my duties as a law enforcement officer in the Southern District of Alabama Ronald L Johnson was observed by Security Officer John Dean via video camera urinating on the floor of the parking garage of 550 Government Street, Mobile, AL. When interviewed by me Johnson admitted to doing so.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/8/2018 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/14/2019 14:13