# United States District Court
## Violation Notice

CVB Location: SA-40

**Violation Number:** 6226741
**Officer Name (Print):** Parnell
**Officer No.:** 1066

6226741

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/19/2018 12:40
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.440
**Place of Offense:** 550 Government St, Mobile, AL 36622

**Offense Description: Factual Basis for Charge:** Carrying a concealed weapon in violation of posted notice

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** (   )   -
**Last Name:** Mosley
**First Name:** Matthew
**M.I.:** T
**Street Address:** 3446 Lloyds Ln Apt 87
**City:** Mobile
**State:** AL
**Zip Code:** 36693
**Date of Birth (mm/dd/yyyy):** 03-31-1983
**Driver's License No.:** 7343306
**CDL:** ☐
**D.L. State:** AL
**Social Security No.:** XXX-XX-XXXX

☒ Adult ☐ Juvenile   **Sex:** ☒ Male ☐ Female
**Hair:** bro   **Eyes:** brn   **Height:**    **Weight:**

### VEHICLE
**VIN:**   **CMV** ☐
**Tag No.:**   **State:**   **Year:**   **Make/Model:**   **PASS** ☐   **Color:**

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 130

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/18, 2018 while exercising my duties as a law enforcement officer in the Southern District of Alabama.

During an administrative screening process conducted by security officer John Denn, Mosely was found to have a 12 inch knife concealed in his cane, as part of the cane handle, in violation of posted signs.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/8/18   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident

CVB SCAN 01/14/2019 14:13