# United States District Court
# Violation Notice

CVB Location Code: SA-40

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6226738 | Parnell | 1066 |

6226738

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 8-13-2018 | 41 CFR 102-74.390 |

Place of Offense: 550 GOVERNMENT ST Mobile AL 36602

Offense Description: Factual Basis for Charge — Disorderly Conduct threats

HAZMAT ☐

**DEFENDANT INFORMATION** Phone: ( ) -

| Last Name | First Name | M.I. |
|---|---|---|
| POWE | Pedro | L |

Street Address: 1855 SAINT STEPHENS Rd

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Mobile | AL | 36617 | 08/09/19[illegible] |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 1655335 | | AL | |

☐ Adult ☐ Juvenile | Sex ☐ Male ☐ Female | Hair | Eyes | Height | Weight

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 155 ST JOSEPH mobile, AL 36602

Date (mm/dd/yyyy): TBD

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____________________

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 12/19/2018 13:39

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/19/2018 13:39

United States District Court
Violation Notice

CVB Location Code: SA 40

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6226798 | Parnell | 1066 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

CDB SCAN 12/19/2018 13:40:08

36604

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

[illegible]

I state that on August 13, 2018 while exercising my duties as a law enforcement officer in the Southern District of Alabama

I was called to the Social Security Office (SSA) located at 550 Government St. Mobile, AL 36602; for a person making threats. By the time I arrived the subject had departed. The subject identified as Pedro Powe by SSA employee Samantha Shinn. According to Shinn Powe wanted a new SSA debit card. Powe became angry at Shinn when she asked for his home address and telephone number. Powe began shouting that Shinn was stupid and called her a bitch multiple times. Security officer Aerial Smith stated when she came over to ask Powe to calm down or leave he stood up taking a fighting stance and shouting calling Smith a bitch as well. When an unidentified male at the next window next to Powe stood up to help Smith, Powe yelled at him "I'll beat your ass lil punk nigger, stay in your place." When Powe was advised FPS would be called he left the facility.

The foregoing statement is based upon:
my personal observation  my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____ Date (mm/dd/yyyy) U.S. Magistrate Judge

[illegible]