**United States District Court**
**Violation Notice**

CVB Location Code: SA30

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7305185 | B. Barrett | 4276 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/02/2018  1125hrs
Offense Charged: 16 USC 668dd(c)  50 CFR 26.22(a)

Place of Offense: Bon Secour NWR - Perdue

Offense Description: Factual Basis for Charge
Nudity on the beach

**DEFENDANT INFORMATION**
Phone: (251) 215-0476
Last Name: Ward
First Name: Heath
M.I.: J.
Street Address: 527 W. Carolyn Ave
City: Foley
State: AL
Zip Code: 36535
Date of Birth: 10/12/1994
Drivers License No.: 8551256
D.L. State: AL

X Adult  Sex X Male
Hair: BRN  Eyes: BRN  Height: 5-6  Weight: 125

**VEHICLE**
Tag No.: 4527AB6
State: AL
Make/Model: VW/Passat
Color: BLU

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 230.00 Total Collateral Due

YOUR COURT DATE
Court Address: 1-800-827-2982

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 2, 2018 while exercising my duties as a law enforcement officer in the Southern District of Alabama at approximately 11:25 am I observed Mr. Heath J. Ward lying on the beach of the Perdue Unit on Bon Secour National Wildlife Refuge. Mr. Ward was lying next to two men that were nude. When I approached the men, Mr. Ward began putting his shorts on. Mr. Ward confirmed that he had been lying nude on the beach. Nudity is listed at the beach access as a prohibited activity.

The foregoing statement is based upon:
X my personal observation   X my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/02/2018   [signature] B. Barrett

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/18/2018 9:51

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 09/2015)   Original - CVB Copy